UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DONALD SNEED** | **CIVIL ACTION NO. 13-2851** |
| **VERSUS** | **JUDGE JAMES** |
| **D G FOODS LLC** | **MAGISTRATE JUDGE HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 3] filed by Defendant D G Foods LLC is GRANTED, and that judgment is hereby entered in favor of Defendant, DISMISSING Plaintiff's claim of slave treatment WITH PREJUDICE; DISMISSING Plaintiff's claim of unconscionability, to the extent that the "Sanitation Incentive Pay" Policy constitutes a binding contract, WITH PREJUDICE; and DISMISSING all other claims WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Stay [Doc. No. 15] filed by Plaintiff Donald Sneed is DENIED.

MONROE, LOUISIANA, this 12th day of December, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE